MCGREGOR W. SCOTT
United States Attorney
Jeffrey A. Spivak
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO CASTILLO<br><br>Defendants. | CASE NO. 5:19-MJ-00030-JLT<br><br>ORDER TO UNSEAL CRIMINAL COMPLAINT |

Pursuant to the motion by the United States, the Court **ORDERS** that the Criminal Complaint filed on July 1, 2019 be unsealed and become public record.

IT IS SO ORDERED.

Dated:   **July 1, 2019**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

MOTION AND ~~PROPOSED~~ ORDER TO UNSEAL                1