McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00150-DAD-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOSE ANTONIO CASTILLO, | |
| Defendant. | |

On January 2, 2020, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jose Antonio Castillo in the following property:

    a. EP Armory AR15 rifle;

    b. Century Arms RAS47 pistol (serial# P001321);

    c. Glock 17 pistol (serial# WPV996);

    d. Sig Sauer SP2022 (serial #24B038491) and

    e. All magazines, ammunition, and firearm parts seized in this case.

Beginning on March 6, 2020, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a

hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a.    Nicholas Gilliam:  A notice letter was sent via certified mail to Nicholas Gilliam at 3711 Collinwood Drive, Bakersfield, CA 93311 on March 9, 2020.  The certified mail parcel was returned to the U.S. Attorney's Office on April 3, 2020, marked "Returned to Sender, Unclaimed, Unable to Forward."

    b.    Nicholas Gilliam:  A notice letter was sent via electronic mail (email) to Nicholas Gilliam to an email address provided by Mr. Gilliam.  On April 21, 2020, Nicholas Gilliam confirmed receipt of the email.

The Court has been advised that Nicholas Gilliam has not filed a claim to the subject property and the time for him to file a claim has expired.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture is entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Jose Antonio Castillo and Nicholas Gilliam.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **October 28, 2020**

    *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE